```
                                    FILED
                              CLERK, U.S. DISTRICT COURT
                                    4/12/2021
                              CENTRAL DISTRICT OF CALIFORNIA
                              BY:        eva        DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JEAN GUY MINN,<br><br>        Defendant. | No. 8:21-cr-00057-CJC<br><br>I N F O R M A T I O N<br><br>[26 U.S.C. § 7201: Attempt to Evade and Defeat the Assessment and Payment of Income Tax] |

The Acting United States Attorney charges:

[26 U.S.C. § 7201]

Beginning on or about January 1, 2016, and continuing through at least February 1, 2017, in Orange County, within the Central District of California, and elsewhere, defendant JEAN GUY MINN, a resident of Irvine, California, willfully attempted to evade and defeat the assessment and payment of income tax due and owing to the United States of America for the calendar year 2016, by committing the following affirmative acts, among others: preparing and electronically signing a false and fraudulent United States Individual Income Tax Return, Form 1040, which was

submitted to the Internal Revenue Service ("IRS"), in which defendant MINN failed to report $552,454.18 in interest income that he then knew that he had received during 2016 from foreign bank accounts.  As a result of such additional taxable income, there was additional income tax of approximately $162,369.00 due and owing to the United States of America for the calendar year 2016.

TRACY L. WILKISON
Acting United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

LAWRENCE E. KOLE
Assistant United States Attorney