# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEAN GUY MINN,<br><br>Defendant. | Case No. SA CR 21-57-CJC<br><br>**ORDER CONTINUING SENTENCING** |

Based upon the stipulation of the parties and good cause appearing,

IS HEREBY ORDERED THAT the hearing on Defendant's sentencing is hereby continued from September 13, 2021 at 11:00 a.m. until October 6, 2021 at 11:00 a.m.

DATED: September 3, 2021

Hon. Cormac J. Carney
UNITED STATES DISTRICT JUDGE

Presented by:
  /s/      *Adam H. Braun*
Attorney for Defendant MINN