# EXHIBIT 1

Ari Minn
151 Tapestry
Irvine, CA 92603

August 1, 2021

Your Honor,

My name is Ari Minn, and I am the wife of Jean-Guy Minn whom I have trusted with all of my and our children's affairs during our 31 years together since I believed that he is a man of principle. That is why I am very shocked and saddened by the situation he is in at the moment.

He has always emphasized that even the little things like paying the bills on time and obeying the traffic rules cannot be regarded lightly, and he proved it to me by being never late for anything and getting no traffic ticket for 32 plus years I've known him until now. Leading a frugal life was in his nature. It didn't matter how poor or well-off we were. It was true especially for himself; however, he was always very generous about helping people who were in need. Even though he was not a very religious person, he continuously donated much to our church because he believed that it does good for the world and the society we live in. He also believed in educating people so when I mentioned to him about the Compassion International, he gladly agreed to participate. We've been supporting a girl named Pili in Kenya since 2012 and are very happy to know that she has started high school now. He was not hesitant to support the school system and even random artists and musicians. He did not forget to donate to a radio station like KUSC because he believed that good music and art are needed for everyone.

What I really love about my husband is that he does all this very quietly. He never boasts about what he does and always tries to stay behind. Actually, only in front of his kids would he open about his generosity at times because he thought they needed to learn to do the same or more.

Since this case opened up 2 years ago, I have seen him go through many emotional changes, from shock to regrets to hoping to amend everything as best as he can. Most of all, he was very afraid to disappoint our son and daughter but built up enough courage to openly talk to them about the situation he is in. He told them that he had made a mistake and is willing to take all the consequences to correct it because that is the right thing to do. I believe he was telling the truth.

Again, I am very sorry that this had happened and wish that you also see how much he regrets and repents. Thank you very much for your consideration.

Yours sincerely,

*[signature]*

Ari Minn

Ex. 1, page 1 of 4

Elaine Kang
Fourwents
Avondale Avenue
Esher
Surrey KT10 0DA
UK

Honourable Cormac J Carney
District Judge
Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street
Courtroom 9B
Santa Ana, CA 92701-4516
USA

28 July 2021

RE: JEAN-GUY MINN

Your Honour,

With a heavy heart I write to attest to my brother-in-law's character. It pains me to think that the criminal charge would have weighed down heavily on him.

My name is Elaine Kang. I am Jean-Guy's sister-in-law. I am a housewife living in the UK. I qualified as a UK solicitor in 1999.

Jean-Guy does not covet much for himself, but his priority is family. He always ensures that everyone is cared for, not in a boastful manner but quietly providing help where needed, even to his wife's family.
I am a qualified witness to that character.

Married to the eldest of three sisters, Jean-Guy has found himself on many occasions having to take on the "responsibilities" of the eldest son. As a recently-wed young man in his twenties, he tolerated a "squatter"(myself), a recent graduate sister-in-law, unsure of her next destination, for almost half a year. It is common knowledge that I would have been more than a burden to a young newly-wed couple in many respects, but Jean-Guy saw to it that I felt at home and supported.

The three sisters, living in different parts of the world, were not immediately available when my father needed an urgent operation to remove his cancer in Korea. Jean-Guy was in Korea at the time, and he looked after both my elderly parents to his utmost best until my father successfully recovered from the operation. Nearly four years on, my father is keeping healthy.

I had never imagined this bizarre situation of me having to affirm Jean-Guy's character. What a definitive lesson that everyone makes mistakes, but to all of us in the family, he is just a caring and responsible member.

Yours sincerely,

*Elaine Kang*
Elaine Kang

Ex. 1, page 2 of 4

Jae H. Sang
4629 Cape Charles Dr.
Plano, TX 75024
213-321-0683
jaehsang@gmail.com

08/01/2021

Presiding Judge

Re: Character Reference for Jean Guy Minn

My name is Jae Sang and I'm writing this character reference letter for my dear friend Jean Guy Minn.  We have been close friends for more than thirty years.  I consider Jean Guy as one of my closest friends.  We have known and seen enough of each other from all aspects of life be it in personal contexts, professional, and in social context.

I was with Jean Guy's family when their daughter was born in NJ.  He and I went to church together and shared many fellowship times together.  Jean Guy was my best man when I got married.  He helped me with many introductions to his network of business contacts when I was running a startup company.  We had kept in close contact throughout the years no matter which country we were living at the time.  Jean Guy was there when I was going through my divorce and provided emotional support.  I consider him, his wife, his son and daughter, my extended family.  Jean Guy has always devoted his life for the well being of others and for those around him, which I have always witnessed from him.

I am very well aware of the charges that Jean Guy is facing and the consequences of those.  I would like to plead for leniency.  I have spoken with Jean Guy recently and I am sure he will learn from this experience and will not think of repeating it.  I am confident that Jean Guy will strive to make amends and we will get to see his good works bring fruitful results to our society again.

I am free to be contacted anytime for any further details.  Thank you again for your kind consideration.

Yours sincerely,
Jae H. Sang

Kyung-Bin Kevin Minn
200 West 67th St Apt 31A
New York, NY 10023

August 17, 2021

Re: My Father, Jean-Guy Minn

Your Honor,

My name is Kyung-Bin Kevin Minn and I am the son and eldest child of two of the most diligent, principled and integrity-filled immigrant parents. One of them is my mother, Ari Minn, who has never taken a day off in her adult life as a full-time mother, endlessly concerning herself over her family's well being. The other is my father, Jean-Guy Minn, who is both one of the quietest and loudest men you will ever find. He is silent in his successes, while being loud in his failures.

When I first truly understood and appreciated his silence, it was deafening. My father, Jean-Guy Minn, immigrated to this country right after college to attend graduate school with little money, no family nor friends all while in an unfamiliar environment in pursuit of the American Dream. And by my account, he succeeded. Not because of any amount of wealth he may have accumulated nor the standard of living he was able to attain or provide, but because he was able to inspire his children to believe that with diligence, humility, respect and integrity, you can live a life to be proud of and make an impact on others. To him, the American Dream was about living below his means to ensure that his family was able to fulfill the opportunity we had been graciously given by God, and to make sure that we could provide that opportunity for others.

Now without a doubt, I'm sure he would agree that the wrongdoings he committed to deserve these charges against him are his greatest failure. And my father, Jean-Guy Minn, has made everyone around him very well aware of it and has repented and sought forgiveness like I have never seen from him before. This is when he has been loudest. These charges were brought to our family's attention in the midst of my engagement to my now wife. The first thing he did was to apologize to our family, but the second thing he did was to apologize to my then fiance's family, to assure them that this is not the man he is, nor the man he raised me to be. He is far from a perfect man, but he is one that is very self-aware when he has done wrong, and desires to rectify his mistakes, not for his own benefit, but for the sake of those he loves and cares for.

Thus, your Honor, I plead for your leniency. Not for a perfect man, but for a repenting man, my father, Jean-Guy Minn. A man who made a mistake while striving to provide for his family and others in silence, yet still inspires his son, myself, to this very day by how loudly he regrets his actions and asks for forgiveness.

Please feel free to contact me should you like to discuss any matter further and I thank you in advance for your gracious consideration.

Yours Sincerely,
Kyung-Bin Kevin Minn

Ex. 1, page 4 of 4