UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES - GENERAL

| Case No. | SACR 21-00057-CJC | Date | October 6, 2021 |
|---|---|---|---|

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Rolls Royce Paschal | Debbie Hino-Spaan | Lawrence Kole |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jean Guy Minn | X | | X | Adam Braun | X | | X |
| | | | | Igor Drabkin | X | | X |

**PROCEEDINGS:** SENTENCING

Sentencing hearing held. See separate Judgment and Commitment Order.

                                                                                                                                                          : 25

Initials of Deputy Clerk   rrp

cc: